5804 W 51st Street
Sioux Falls SD 57106
November 25 2022

The Honorable Karen E Schreier
United States District Judge
United States Courthouse
400 S Phillips Avenue Room 233
Sioux Falls SD 57104

Judge Schreier;

I write to you directly seeking assistance in my case, 4:18-CR-40119-1-KES

If you recall, I was sentenced by Your Honor on October 21, 2019 to 132 months confinement after pleading guilty to Conspiracy to Distribute a Controlled Substance. On September 29, 2022 I was released to Home Confinement, where I remain to this day.

I am writing to you in an effort to have the terms of my sentence adjusted, in that I sincerely believe that I have not received proper "credit" in regard to the length of my Home Confinement. I would respectfully submit that I earned approximately eighty days of credit towards my sentence while enrolled in the Residential Drug Abuse Program at FCI Milan, and that this credit has not yet been properly applied to my case.

I would further respectfully submit that since being released to Home Confinement, I have been able to successfully abide to all restrictions imposed upon me by the Bureau of Prisons, and have indeed thrived; I have since obtained full-time employment and consider myself well on my way to becoming a productive member of society.

Thank you for your time in this matter, and I look forward to your response.

Sincerely yours;

Michael Goldberg

M Goldberg
5804 W 51st st
Sioux Falls SD 57106

SIOUX FALLS SD 570
23 DEC 2022 PM 2 L

HAPPY HOLIDAYS
FOREVER / USA

Honorable Karen Schreier
United States District Judge
United States Court House
400 S Phillips Ave Room 233
Sioux Falls SD 57104

57104-684899

X-RAYED BY
SOUTH DAKOTA
C[illegible]O